IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALFREDO NANDIN | § |
| | §   CIVIL ACTION NO.  4:19-CV-988 |
| | § |
| V. | § |
| | §   (District Court of Harris County, Texas |
| | §    55th Judicial District, |
| | §    Cause No. 2019-04789) |
| GEOVERA SPECIALTY | § |
| INSURANCE COMPANY | § |

## INDEX OF MATTERS BEING FILED

1. Notice of Removal;

2. All Executed Process in the Case;

3. Pleadings Asserting Causes of Action

   a. Certified State Court file;

4. Docket Sheet; and

5. List of All Counsel of Record.

Respectfully submitted,

*/s/ Donna F. Thomisee*
Donna F. Thomisee
FBN. 8722
TBN. 0270550
dthomisee@lawla.com
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
801 Travis Street, Suite 1800
Houston, Texas 77002
Telephone:  (713) 222-1990
Facsimile:  (713) 222-1996

ATTORNEY-IN-CHARGE FOR
DEFENDANT, GEOVERA SPECIALTY
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on March 18th, 2019, I caused the foregoing Index of Matters Being Filed to be:

☒ electronically filed with the Clerk of the Court using the CM/ECF system

☒ emailed to the following counsel of record:

Maria Gerguis
Daly & Black, P.C.
2211 Norfolk Street, Suite 800
Houston, TX 77098

                                                        */s/ Donna F. Thomisee*
                                                        Donna F. Thomisee