IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALFREDO NANDIN | § |
|  | § CIVIL ACTION NO. 4:19-CV-988 |
|  | § |
| V. | § |
|  | § (District Court of Harris County, Texas |
|  | § 55th Judicial District, |
|  | § Cause No. 2019-04789) |
| GEOVERA SPECIALTY | § |
| INSURANCE COMPANY | § |

**DEFENDANT GEOVERA SPECIALTY INSURANCE COMPANY'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

  Defendant GeoVera Specialty Insurance Company, through undersigned counsel and in compliance with the Federal Rules of Civil Procedure, discloses the name of each person, association of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation, and its corporate disclosure statement.

1.  Alfredo Nandin (Plaintiff)

   Represented by:

   Maria Gerguis
   Richard D. Daly
   Daly & Black, P.C.
   2211 Norfolk Street, Suite 800
   Houston, Texas 77098
   Telephone: (713) 655-1405
   Fax: (713) 655-1587

2.  Maria Gerguis
   Richard D. Daly
   Daly & Black, P.C.
   2211 Norfolk Street, Suite 800
   Houston, Texas 77098
   Telephone: (713) 655-1405
   Fax: (713) 655-1587
   Counsel for Plaintiff

3. GeoVera Specialty Insurance Company (Defendant)

Represented by:

Donna F. Thomisee
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD,
    A LAW CORPORATION
801 Travis Street, Suite 1800
Houston, Texas 77002
Telephone:  (713) 222-1990
Facsimile:  (713) 222-1996

    a. GeoVera Insurance Company
    b. GeoVera Specialty Insurance Company
    c. GeoVera Holdings, Inc. (parent of GeoVera Specialty Insurance Company, Inc.)
    d. GeoVera Insurance Holdings, Ltd.
    e. GeoVera Specialty Insurance Services
    f. GeoVera Advantage Insurance Services, Inc.

Respectfully submitted,

  /s/Donna F. Thomisee
Donna F. Thomisee
FBN. 8722
TBN. 0270550
dthomisee@lawla.com
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
801 Travis Street, Suite 1800
Houston, Texas 77002
Telephone:  (713) 222-1990
Facsimile:  (713) 222-1996

ATTORNEY-IN-CHARGE FOR
DEFENDANT, GEOVERA SPECIALTY
INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 18th, 2019, I caused the foregoing to be:

☒ electronically filed with the Clerk of the Court using the CM/ECF system

☒ emailed to the following counsel of record:

Maria Gerguis
Daly & Black, P.C.
2211 Norfolk Street, Suite 800
Houston, TX 77098

>                             */s/ Donna F. Thomisee*
>                              Donna F. Thomisee