IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALFREDO NANDIN | § |
| | § CIVIL ACTION NO. 4:19-CV-988 |
| | § |
| V. | § |
| | § (District Court of Harris County, Texas |
| | § 55th Judicial District, |
| | § Cause No. 2019-04789) |
| GEOVERA SPECIALTY | § |
| INSURANCE COMPANY | § |

## LIST OF ALL COUNSEL OF RECORD

1. Attorneys for Plaintiff, Alfredo Nandin

    Maria Gerguis
    Texas Bar No. 24090355
    mgerguis@dalyblack.com
    Richard D. Daly
    Texas Bar No. 00796429
    rdaly@dalyblack.com
    ecf@dalyblack.com
    Daly & Black, P.C.
    2211 Norfolk Street, Suite 800
    Houston, Texas 77098
    Telephone: (713) 655-1405
    Facsimile: (713) 655-1587


2. Attorney for Defendant, GeoVera Specialty Insurance Company.

    Donna F. Thomisee
    FBN. 8722
    TBN. 0270550
    dthomisee@lawla.com
    Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
    801 Travis Street, Suite 1800
    Houston, Texas 77002
    Telephone: (713) 222-1990
    Facsimile: (713) 222-1996

Respectfully submitted,

*/s/ Donna F. Thomisee*
Donna F. Thomisee
FBN. 8722
TBN. 0270550
dthomisee@lawla.com
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
801 Travis Street, Suite 1800
Houston, Texas 77002
Telephone:  (713) 222-1990
Facsimile:  (713) 222-1996

ATTORNEY-IN-CHARGE FOR
DEFENDANT, GEOVERA SPECIALTY
INSURANCE COMPANY

# CERTIFICATE OF SERVICE

I hereby certify that on March 18th, 2019, I caused the foregoing Notice of Removal to be:

☒	electronically filed with the Clerk of the Court using the CM/ECF system

☒	emailed to the following counsel of record:

Maria Gerguis
Daly & Black, P.C.
2211 Norfolk Street, Suite 800
Houston, TX 77098

*/s/ Donna F. Thomisee*
Donna F. Thomisee